

Receipt # 11089528
$3161.66
03/17/2010

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Clerk US Bankruptcy Court
United States Bankruptcy Court
Western District of New York
Olympic Towers Suite 250
300 Pearl Street
Buffalo, NY 14202-2501

March 17, 2010

RE: Francis Parisi
BK# 99-13362MJK

Dear Paul:

    Enclosed please find Trustee checks #121 and #122, payable to your order. Check #121 in the amount of $1,160.16 (GECAF Rosas) claim #13. In addition, check #122 $2,001.50 (GE Capital) claim #8.

    I attempted to send these check to two newer addresses but they were returned.

    A copy of the Claim Proposed Distribution is enclosed for your convenience.

Yours truly,

Thomas J. Gaffney



Printed: 12/20/08 01:36 PM      Page: 1

## Claims Proposed Distribution
### Case: 99-13362 PARISI, FRANCES

Case Balance: $31,390.34  Total Proposed Payment: $31,390.34  Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Thomas J. Gaffney <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,839.87 | 3,839.87 | 0.00 | 3,839.87 | 3,839.87 | 27,550.47 |
| | Thomas J. Gaffney <2200-00 Trustee Expenses> | Admin Ch. 7 | 91.03 | 91.03 | 0.00 | 91.03 | 91.03 | 27,459.44 |
| | FRANCIS PARISI*** <2990-00 Other Chapter 7 Administrative Expenses> | Admin Ch. 7 | 491.65* | 491.65 | 0.00 | 491.65 | 491.65 | 26,967.79 |
| | FRANCIS PARISI*** <2990-00 Other Chapter 7 Administrative Expenses> | Admin Ch. 7 | 2,641.47* | 2,641.47 | 0.00 | 2,641.47 | 2,641.47 | 24,326.32 |
| | FRANCIS PARISI*** <2990-00 Other Chapter 7 Administrative Expenses> | Admin Ch. 7 | 2,500.00** | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 21,826.32 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **9,564.02** | **9,564.02** | **0.00** | **9,564.02** | **9,564.02** | |
| 1 | Greenwood Trust Co. | Unsecured | 6,494.82 | 6,494.82 | 0.00 | 6,494.82 | 3,424.20 | 18,402.12 |
| 2 | Bank of America, N.A. (USA) | Unsecured | 3,367.25 | 3,367.25 | 0.00 | 3,367.25 | 1,775.28 | 16,626.84 |
| 3 | The Bon Ton | Unsecured | 902.60 | 902.60 | 0.00 | 902.60 | 475.87 | 16,150.97 |
| 5 | Providian Financial | Unsecured | 3,232.42 | 3,232.42 | 0.00 | 3,232.42 | 1,704.19 | 14,446.78 |
| 6 | First Card | Unsecured | 5,310.85 | 5,310.85 | 0.00 | 5,310.85 | 2,799.98 | 11,646.80 |
| 7 | Kaufmann's | Unsecured | 421.26 | 421.26 | 0.00 | 421.26 | 222.10 | 11,424.70 |
| 8 | GE Capital Consumer Card | Unsecured | 3,796.34 | 3,796.34 | 0.00 | 3,796.34 | 2,001.50 | 9,423.20 |
| 9 | Direct Merchants Bank | Unsecured | 5,231.27 | 5,231.27 | 0.00 | 5,231.27 | 2,758.03 | 6,665.17 |
| 10 | Chase Manhattan Bank | Unsecured | 4,922.61 | 4,922.61 | 0.00 | 4,922.61 | 2,595.30 | 4,069.87 |
| 11 | The Associates | Unsecured | 1,659.66 | 1,659.66 | 0.00 | 1,659.66 | 875.00 | 3,194.87 |
| 12 | AT&T Universal Card Services | Unsecured | 2,699.10 | 2,699.10 | 0.00 | 2,699.10 | 1,423.02 | 1,771.85 |
| 13 | GECAF (Rosa's Superstore) | Unsecured | 2,200.53 | 2,200.53 | 0.00 | 2,200.53 | 1,160.16 | 611.69 |
| 15 | JC Penney Company | Unsecured | 1,160.22 | 1,160.22 | 0.00 | 1,160.22 | 611.69 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **41,398.93** | **41,398.93** | **0.00** | **41,398.93** | **21,826.32** | |
| | Total for Case 99-13362: | | $50,962.95 | $50,962.95 | $0.00 | $50,962.95 | $31,390.34 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $9,564.02 | $9,564.02 | $0.00 | $9,564.02 | 100.000000% |
| Total Unsecured Claims: | $41,398.93 | $41,398.93 | $0.00 | $21,826.32 | 52.721942% |

*paid pursuant to this Court's Order of 2/23/01 (int. earned 983.30 divided by 2 =$491.65)
**paid pursuant to this Court's Order of 12/5/08

(*) Denotes objection to Amount Filed