#11090467
$2799.98
[initials]
8/25/10

# THOMAS J. GAFFNEY
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

August 25, 2010

CLERK, U.S. BANKRUPTCY COURT   WDNY,
OLYMPIC TOWERS, 300 PEARL STREET SUITE 250
BUFFALO, NY 14202-2501

    Re:   In re PARISI, FRANCES
              Case No. 99-13362 MJK

Dear Claimant:

    Enclosed herein please find Check No. 10124 in the amount of $2,799.98 (un-cashed funds) in full and final payment of Claim No. 6 , in the above captioned bankruptcy proceeding.

Very truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee

Enclosure


FILED
AUG 25 2010
BANKRUPTCY COURT
BUFFALO, NY