#11090468
$ 875.00
pulled
8/25/10

# THOMAS J. GAFFNEY

BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

August 25, 2010

CLERK, U.S. BANKRUPTCY COURT WDNY,
OLYMPIC TOWERS, 300 PEARL STREET SUITE 250
BUFFALO, NY 14202-2501

    Re:   In re PARISI, FRANCES
           Case No. 99-13362 MJK

Dear Claimant:

    Enclosed herein please find Check No. 10123 in the amount of $875.00 (un-cashed funds) in full and final payment of Claim No. 11, in the above captioned bankruptcy proceeding.

                              Very truly yours,

                              THOMAS J. GAFFNEY
                              Bankruptcy Trustee

Enclosure



FILED
AUG 2 5 2010
BANKRUPTCY COURT
BUFFALO, NY