# *Thomas J. Gaffney*

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102



CLERK, US BANKRUPTCY CLERK  
Olympic Towers  
300 Pearl Street  
Buffalo, NY 14202

September 1, 2010

RE: Parisi, Frances  
BK# 99-13362MJK

Dear Clerk:

    Please be advised the following address for claim #6 check # 10124 in the amount of $2,799.98 is:

>First Card  
>P.O. Box 2004-C3  
>Elgin, IL 60122-2010

Claim # 11 check # 10123 in the amount of $875.00 is:

>The Associates  
>2825 Niagara Falls Blvd.  
>Amherst, NY 14228

Yours truly,

Thomas J. Gaffney